

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2015

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward L. **BRAVENEC** and 1216 West Ave., Inc.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

# O R D E R

On March 25, 2015, this court received appellant's reply brief. The brief violates Rule 38 of the Texas Rules of Appellate Procedure in that it contains no index to authorities or citations to the record, exceeds the word limit and contains improper certificate of service. While substantial compliance with Rule 38 is sufficient, this court may require additional briefing or make any other order necessary for satisfactory submission of the case. *See* TEX. R. APP. P. 38.9(a).

It is therefore ORDERED that appellant file an amended brief correcting these deficiencies. *See id*. The amended brief is due within seven days from the date of this order. If an amended brief is not timely filed, this court may prohibit the filing of another and proceed without the brief, or if the amended brief is not compliant with Rule 38, this court may strike brief and proceed without further filing. *See* TEX. R. APP. P. 42.3(c).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court